IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRANDY LLOYD                                           PLAINTIFF

v.               Civil No. 04-6109

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                          DEFENDANT

## **JUDGMENT**

On this 16th day of Sepember, 2005, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Jon Gann, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $2,263.00 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                                        /s/ Bobby E. Shepherd
                                                                        HONORABLE BOBBY E. SHEPHERD
                                                                        UNITED STATES MAGISTRATE JUDGE